UNITED STATES' DISTRICTCOURT
FOR THE DISTRICT OF COLUMBIA

CIVIL CASE NO.

CHUKWUMA E. AZUBUKO
Plaintiff

Case: 1:21-cv-00350 JURY DEMAND
Assigned To : Jackson, Amy Berman
Assign. Date : 2/8/2021
Description: Pro Se Gen. Civ. (F-DECK)

V.

1)   PARKING CLERK – CITY OF BOSTON – IN INDIVIDUAL & OFFICIAL CAPS.

2)   DOUGLAS WILKINS – IN INDIVIDUAL AND OFFICIAL CAPAPCITIES

3)   CHRISTEN - CITY OF BOSTON EMPLOYEE – IN INDIV. & OFF.CAPAS.

4)   SULTAN DURZI – IN INDIVIDUAL AND OFFICIALCAPACITIES

5)   SALLY A. VANDER WEELE – IN INDIVIDUAL & OFFICIAL CAPACITIES

6)   MASS.' REGISTRAR OF MOTOR VEHICLES – IND. & OFF. CAPACITIES &

07)   COMMONWEALTH OF MASSACHUSETTS
Defendants

COMPLAINT

INTRODUCTION

Firstly, the case is totally different from the Plaintiff's pending case with the Massachusetts'

Suffolk Superior Court with the docket number as 19-00945-D. The Defendants to the [said]

case are significantly different – the first Defendant is the only Defendant in the said pending

proceedings or lawsuit. The subject matter flew from the obvious City of Boston's covert and

overt discriminatory parking ordinance. It will be advisable to note that it associated with

statistical evidence of racial discrimination. The consistent enforcement of the parking

ordinance in the Africans-Americans and Vietnamese neighborhoods is purely [and remarkably]

unlawful. The streets' cleanings signs postings are overtly discriminatorily posted. In essence,

RECEIVED

FEB - 8 2021

Clerk, U.S. District and
Bankruptcy Courts

VOID

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

there are some neighborhoods in the City of Boston without streets' cleanings signs and the streets will be swept. For example, Central Avenue, Hyde Park, Leyland Street and others at Roxbury, *et cetera*. On the part of others and the Plaintiff similarly situated, if the cars were not moved on posted streets' cleanings days, the cars will be ticketed and towed. In the Plaintiff's neighborhood, there exists the only 30-minute parking limit in the entire City of Boston – 1480's block of Dorchester Avenue. The necessary Defendants provided no "Resident Parking Only" signs in the others' and the Plaintiff's neighborhood. In the self-same neighborhood, others are provided with "Resident Parking Permit Only." Then, what qualifies them for it and disqualifies others and the Plaintiff remained mysterious hitherto. Not doing so – "Resident Parking Permit Only" provided others with the impetus of usurpation of the parking spaces in the others' and Plaintiff's neighborhood. Annoyingly, the Plaintiff could not usurp the parking spaces in their neighborhoods when seasonable. Of course, when those similarly situated were not treated evenly or equally, covert and overt discrimination attaches, indeed and it violated the law scientifically roundly [as every school boy knew] "Resident Parking Only" signs were conspicuously posted at others' neighborhood [reiteratively]! The necessary Defendants categorically informed the Plaintiff's neighbors and the Plaintiff that owing to the so-called buildings' code ordinance this and that, others and the Plaintiff's neighborhood was disqualified from 'Resident Parking Permit Only" signs postings – about or less than a mile from the Plaintiff's home. It defied logic that there were some streets around Ashmont T.'s Station with "Resident Parking Permit Only" signs. Sadly, others and the Plaintiff were knowingly designedly unconscionably vulturically denied self-same right under the color of the City of Boston Parking Ordinance or law. On the part of the matter in question, the barometer of who gets the "Resident Parking Permit Only" is one's biological determinism – circumstances of birth

or race. Africans-Americans and the Vietnamese were flatly disqualified from the parking's protection. The "30-minute parking only" existed not in the Whites' business zone. For example, highest number of Adams Street - Dorchester. It is so, because it is predominantly Whites' neighborhoods and most of the enforcement officials are Whites. They act in keepings with the lack of good faith and duty of care maxim: "They live here and they do not function here" [as communicated to the Plaintiff by a South Boston's White male resident] This is a thin end of the wedge – a small things that shows how a big thing will be. Is this fair and lawful? The truth can be tested, at all material times. The Plaintiff had been severally ticketed on parking on either 30-minute or/and two-hour only limit zones.

In July 2019, the Plaintiff paid $1,681.+ on one of his car with registration number as MA2RW771 to the first Defendant under the color of parking's ordinance violations. The Plaintiff's car was booted and towed the same day. The Plaintiff sought relief from the necessary Defendants – 4 and 5 - but to no avail. Recently, on the Plaintiff's car with registration number 435VJ1 , the Plaintiff was forced to pay about $700.00. Some of the tickets were appeal to the Suffolk Superior Court as is the rule, but Defendant number two deemed it advisable to closings his eyes at the rule of law or Equal Protection and Due Process Clauses in stark violation of his oath of office or the judicial's code of conduct and the matchless law of the land. The Plaintiff sought an emergency restraining order protection from the second Defendant who is a judge at the Massachusetts' Superior Court, but to no avail [as is expected] Different standards for different individuals are common knowledge jurisprudentially in the United States [as is known] Parking spaces of two-hour limit only exists in the Africans-Americans predominantly neighborhoods without "Resident Parking Permit Only" posted signs at Roxbury, Dorchester and Mattapan. Such exists not in Charlestown, Allston, Brighton, Roslindale,

Jamaica Plain (sectional), West Roxbury, Dorchester neighborhood of Whites, et cetera. If it existed, it is not enforced religiously.

On June 8th – 2020, the Plaintiff was charged $325.00 for discriminatorily issued parking violations tickets owing to notice of seizure mailed to the Plaintiff. It should be noted that the first Defendant and her/his officials demand $8.12 for transactional fee, which qualified for rejection of payment in stark violation of the Uniform Commercial Code [Section omitted] Other businesses do not charge transactional fee on the usage of credit card/s for payment [all things being equal] It amounted to an *abuse of process* and *authority*.

On February 14, the Plaintiff approached the necessary Defendants for a waiver of the so-called and racially discriminatory parking violation tickets, but to no avail by the Massachusetts' Suffolk Superior Court. Nothing had been done on the emergency motion for temporary restraining order and/or preliminary injunction (Mass. R. Civ. P. 65). Hitherto, the second Defendant did absolutely nothing about it! The firs Defendant and others had waived higher parking violations tickets' fee for others to the best of the Plaintiff's knowledge and under the penalties for perjury [for renewal with the Massachusetts' Registry of Motor Vehicles] More, the Plaintiff approached the Registry of Motor Vehicles and she deemed it advisable to enforce the lawful order in manners, which violates the law thus "Trespassers of the law" [according to the United States' Supreme Court's precedent/s] Factly, there existed corrosion of Equal Protection and Due Process Clauses under the watch of the Defendants. The Plaintiff approached the third Defendant and he asked the Plaintiff to resolve it with the Court. Resolution with the Court is a legal's impossibility owing to conspiratorial agreements, which he knew very well. Such condescension qualified as a criminal enterprise on more scores than one. Of course, Defendant number two is as large as life – being a judge. To him, the Plaintiff should not be

protected by the self-same law, which is used to punishing the Plaintiff [if need be] The records speaks for themselves under the penalties for perjury. The Court is in the privy thus what the Plaintiff drives at. Hitherto, the first Defendant demands the payment of $371.00 associated with the Plaintiff's former car. [C.f. App. 1] The surrounding circumstances for the so-called parking violations culminated into a lawsuit before the Court. It is captioned Chukwuma E. Azubuko v. Unknown Boston Police Officer & others. The docket number is unknown to the Plaintiff presently or else, the Plaintiff would have cited it. Evidently, the first Defendant deprivation of the Plaintiff property's and liberty's interests, intentional and negligent infliction of emotional distress are real. [C.f. Apps. 2, 3 and 4]

**PARTIES**

The Plaintiff is a resident of the Suffolk County – Massachusetts – United States. His contact address is as stated below. The first Defendant is an employee of the City of Boston. Self-same as the Defendants number three and four. Their contact address will be the same – Corporation Counsel, City of Boston, Law Department – Room 615, One City Hall Square, Boston – MA 02201. Defendants number two, five and six are employees of the Commonwealth of Massachusetts. The Defendant number seven is the Commonwealth of Massachusetts herself. Their contact address will be: Massachusetts' Attorney General, Government Bureau/Trial Division, One Ashburton Place, Boston – MA 02108.

**JURISDICTION**

That exists on procedural, statutory and procedural bases. [Article III Sec. 2; First Amendment; Fifth Amendment; Eight Amendment; 10th Amendment; 11th Amendment; 13th Amendment; 14th Amendment Sec. 1; 28 U.S.C. Secs. 1981, 1983, 1985, 1986 and 3617; 15 U.S.C. Sec. 1; Mass.

Gen. Law Ch. 93 Sec. 4; 15 U.S.C. Sec. 1; 28 U.S.C. Secs. 1346(b), …, 1343, 1361, **2505**, 2674, and 2680(h); Fed. R. Civ. P. 4]

**VENUE**

That should not be in dispute! [Fifth Amendment; Fed. R. Civ.P. 4(e); 28 U.S.C. Sec. 1391(b)(3)(c)(3)(e)(2) ….] Necessary parties should not prostitute with much-needed time on the matter in question. The existence of jurisdiction dwarfs the sub-head. [C.f. Article III Sec. 2]

**BASES OF COMPLAINT**

01)   That the Defendants denied the Plaintiff duty of care or Equal Protection Due Process Clauses systematically knowingly.

02)   That the Defendants knowingly deprived the Plaintiff liberty's and property's interests [under the color of the law]

03)   That the actions of some of the necessary Defendants roundly qualified for *but for* doctrine or *eggshell* doctrine too.

04)   That the Defendants' actions qualified for unjust enrichment and unconscionability if not turpitude.

05)   That the Defendants' actions qualified for intentional infliction of emotional distress.

07)   That the Defendants' actions qualified for negligent infliction of emotional distress.

08)   That the Defendants' actions violated Massachusetts' and the United States' anti-trusts law, in all shapes and forms.

09)   That the Defendant number six action qualified for "Trespassers of the Law" – enforcement of the payment for the discriminatorily issued tickets prior to the Plaintiff

renewal of his registration or plate number owing to the ruling/s of the United States' Supreme Court.

10) That the Defendant number seven failed to exercise her" police power" as is constitutionally mandated vis-à-vis the provision of the 10th Amendment.

11) That the Defendants' conduct qualified for covert and overt discrimination.

12) That the Defendant's actions qualified for violation of the Plaintiff's Civil Rights Act of 1964.

13) That the Defendants' actions qualified for "Action for negligent to prevent."

14) That the necessary Defendants' actions disregarded the rule of law – *sub judice* – "A case before a competent court should not be tampered with until it is resolved."

15) That the Defendants' actions qualified for blatant miscarriage of justice or injury and error of law!

16) That seventh Defendant deprived the Plaintiff fiduciary duties thus being paid the sale tax and she delegated comfort enjoyment – parking of the car – to the first Defendant without corresponding supervision, which qualified as unconscionability if not turpitude.

17) That the Defendants' conduct qualified as "Failure To Train A Theory of Section 1983 In The 11th Circuit."

18) That the seventh Defendant's actions lent themselves to *anticipatory breach of contract* central to unjustifiable delegation of the parking's affairs knowingly to the Defendant number one without a modicum of supervisory measure or role.

19) That the necessary Defendants' roles markedly deviated from the Massachusetts' Equal Rights Act (MERA)!

**PLAINTIFF'S DEMAND FOR JURY'S TRIAL**

The sub-head is in keepings with the matchless law of the land! [C.f. Seventh Amendment; Mass. Const. Art. 15]

**RELIEVES THE PLAINTIFF SEEKS**

The Plaintiff prays the Court to order the first Defendant not to enforce the covert and overt statistically racial City of Boston Parking Ordinance in the Plaintiff neighborhood until the case is over – sub judice – either by the Boston Police or the parking officials. Secondly, the first Defendant should desist from issuing the Plaintiff any ticket under the color of over-parking on his two cars – MA345 VJ1 and MA2RW771. Thirdly, the Court should order the first Defendant to refund the Plaintiff about $3,500.00 with reasonable interest, which was extorted from the Plaintiff under the color of the violation of her questionable Boston's Parking Violation Ordinance. Fourthly, the $371.00 associated with the Plaintiff's former car with the registration number as MA4DH730 should not be enforced by the first Defendant in/directly. [**See App. 1**]

**COMPENSATORY AND PUNITIVE DAMAGES**

The sub-head will be in the amount of $20m and $30m each or per Defendant. The total will be $350m. Cost and interest will be excluded [as is the rule]

## CONCLUSION

The importance of Equal Protection and Due Process Clauses cannot be over-emphasized vis-à-vis the ugly and heart-rendings surrounding circumstances to the case.

CHUKWUMA E. AZUBUKO
*Pro Se*
P O Box 171121
Boston – MA 02117
Telephone: (857) 417 2044


**Dated: Friday – December 11th – 2020 in Boston – Massachusetts.**

# APPENDIX: 1

Case 1:21-cv-00350-ABJ   Document 1   Filed 02/08/21   Page 11 of 19

# eTIMS®  BOSTON, MA :: General Processing

**TICKET MANAGEMENT**   **CUSTOMER DETAIL**   FEE HISTORY   SEARCH

Add a Ticket | Show Related Entities

Home | Help | Log Out   [eTIMS Subsystems ▼]  GO

**TICKET MANAGEMENT**

## Quick Process

- ◉ All:
- ○ Open Tickets:                    7    ($371.00)
- ○ Boot Eligible Tickets:           7    ($371.00)
- ○ Marked/Held Tickets:                  ($0.00)
- ○ Fee:                                  ($0.00)

[Choose Process ▼]   QUICK PROCESS

### Customer                                    Nixie

Azubuko Chukwuma E
274 Bowdoin St

Dorchester, MA 02122-1814

Address Source: Registry

Ticket Type: Park            Notes
Plate: MA4DH730 03/17/2009
VIN:

### Financial Summary

Ticket Amount:          $371.00
Fee Amount:             $0.00

Total Due:
Unapplied Amt:

### Customer Status

Boot Eligible
Archive
Prev Marked

Home   $371.00
       $0.00

Log Off

Print

**SUMMARY**   PENALTY · PAYMENTS · NOTICES · HEARINGS · SUSPENDS · CORRESPONDENCE

More Views

| | Ticket# | Status/Date | Issued on | Violation Code/Description | Other/Violation | Location/Make | Fine Amt. | Penalties | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 638059903 | --R | 11/30/2010 05:46PM | 322 EXPIRED/NO PLATE | No | 590 DUDLEY ST HOND | $40.00 | $13.00 | $53.00 |
| ☐ | 638059892 | --R | 11/30/2010 05:45PM | 323 EXPIRED INSPECTION | No | 590 DUDLEY ST HOND | $40.00 | $13.00 | $53.00 |
| ☐ | 637598194 | --R | 11/22/2010 01:23PM | 323 EXPIRED INSPECTION | No | 106 CLARKSON ST HOND | $40.00 | $13.00 | $53.00 |
| ☐ | 637721092 | --R | 11/19/2010 04:35PM | 323 EXPIRED INSPECTION | No | 106 CLARKSON ST HOND | $40.00 | $13.00 | $53.00 |
| ☐ | 637721081 | --R | 11/19/2010 04:33PM | 322 EXPIRED/NO PLATE | No | 106 CLARKSON ST HOND | $40.00 | $13.00 | $53.00 |
| ☐ | 637872841 | --R | 11/17/2010 12:05PM | 323 EXPIRED INSPECTION | No | CLARKSON ST / BARRY ST HOND | $40.00 | $13.00 | $53.00 |
| ☐ | 636508493 | --R | 10/22/2010 12:35PM | 76 STREET CLEANING | No | NR 114 CLARKSON ST HOND | $40.00 | $13.00 | $53.00 |

[Choose Process ▼]   PROCESS SELECTED ITEMS     [Filter Tickets By ▼]   PRINT LIST

CAPTURE

https://intprod.etimsportal.com/etims/ticketMgmtHeaderAction.do?TokenKey=gawck&entitynum=11715768

6/5/2020

# APPENDIX: 2

**Quick Process**

- ◉ All:
- ○ Open Tickets: 5 ($263.00)
- ◉ Boot Eligible Tickets: ($0.00)
- ◉ Marked/Held Tickets: ($0.00)
- ○ Fee: ($0.00)

[Choose Process ▽]  [QUICK PROCESS]

**Customer**

Azubuko Chukwuma E
133 Clarendon Street
133 Clarendon Street
Boston, MA 02117-4174

**Address Source:** Registry

**Ticket Type:** Park
**Plate:** MA2RW771 02/06/2015
**VIN:** 3N1AB61E78L727701

**Financial Summary**

| | |
|---|---|
| Ticket Amount: | $263.00 |
| Fee Amount: | $0.00 |
| Total Due: | $263.00 |
| Unapplied Amt: | $0.00 |

**Customer Status**

Archive
Prev Marked

| | Ticket # | Status/Date | Issued On | ViolationCode/Description | Other Viol | Location/Make | Fine Amt. | Penalties | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| ☑ all ☐ clear | | | | | | | | | |
| ☐ | 761135093 | | 01/30/2020 11:59AM | 339 OVER POSTED LIMIT | No | 1495 DORCHESTER AVE NISS | $40.00 | $0.00 | $40.00 |
| ☐ | 761134555 | | 01/29/2020 01:06PM | 339 OVER POSTED LIMIT | No | 1495 DORCHESTER AVE NISS | $40.00 | $0.00 | $40.00 |
| ☐ | 761007656 | --S | 01/28/2020 12:18PM | 339 OVER POSTED LIMIT | No | 1485 DORCHESTER AVE NISS | $40.00 | $0.00 | $40.00 |
| ☐ | 760326781 | --S | 01/14/2020 02:10AM | 340 OVR NIGHT ST CLEANIN | No | 1469 DORCHESTER AVE NISS | $90.00 | $0.00 | $90.00 |
| ☐ | 755760294 | --R | 09/11/2019 02:01PM | 339 OVER POSTED LIMIT | No | OPP1490 DORCHESTER AVE NISS | $40.00 | $13.00 | $53.00 |
| ☐ | 754711005 | --D | 08/20/2019 12:39AM | 340 OVR NIGHT ST CLEANIN | No | 1495 DORCHESTER AVE NISS | $90.00 | $30.00 | $0.00 |
| ☐ | 752920162 | --R | 06/25/2019 02:52PM | 322 EXPIRED/NO PLATE | No | 11 LINCOLN ST NISS | $40.00 | $0.00 | $0.00 |
| ☐ | 752920151 | --R | 06/25/2019 02:51PM | 323 EXPIRED INSPECTION | No | 11 LINCOLN ST NISS | $40.00 | $0.00 | $0.00 |
| ☐ | 752646462 | --R | 06/20/2019 12:20AM | 323 EXPIRED INSPECTION | No | 1471 DORCHESTER AVE NISS | $40.00 | $0.00 | $0.00 |
| ☐ | 752646451 | --R | 06/20/2019 12:19AM | 322 EXPIRED/NO PLATE | No | 1471 DORCHESTER AVE NISS | $40.00 | $0.00 | $0.00 |
| ☐ | 752542114 | --R | 06/17/2019 10:06AM | 323 EXPIRED INSPECTION | No | 128 PARK ST NISS | $40.00 | $0.00 | $0.00 |
| ☐ | 752542103 | --R | 06/17/2019 10:04AM | 322 EXPIRED/NO PLATE | No | 128 PARK ST NISS | $40.00 | $0.00 | $0.00 |
| ☐ | 752206696 | --D | 06/06/2019 05:05PM | 322 EXPIRED/NO PLATE | No | X23 LINCOLN ST NISS | $40.00 | $0.00 | $0.00 |
| ☐ | 752206685 | --D | 06/06/2019 05:04PM | 323 EXPIRED INSPECTION | No | X23 LINCOLN ST NISS | $40.00 | $0.00 | $0.00 |

Case 1:21-cv-00350-ABJ   Document 1   Filed 02/08/21   Page 14 of 19

| | Ticket # | | Status | Date/Time | Violation | | Address | Fine | Fee 1 | Fee 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 752155670 | 📄 | --R | 06/05/2019 05:41PM | 323 | EXPIRED INSPECTION | No | 12 LINCOLN ST NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 752155666 | 📄 | --R | 06/05/2019 05:40PM | 322 | EXPIRED/NO PLATE | No | 12 LINCOLN ST NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 718326416 | 📄 | --R | 05/31/2019 12:35PM | 322 | EXPIRED/NO PLATE | No | 9 LINCOLN ST NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 751721025 | 📄 | --R | 05/31/2019 02:24AM | 339 | OVER POSTED LIMIT | No | X218 W 8TH ST TOYT | $40.00 | $0.00 | $0.00 |
| ☐ | 751328270 | 📄 | --D | 05/23/2019 02:34PM | 322 | EXPIRED/NO PLATE | No | NR 9 LINCOLN ST NISS | $40.00 | $0.00 | $0.00 |
| ☐ | 751555545 | 📄 | --R | 05/22/2019 03:38PM | 322 | EXPIRED/NO PLATE | No | 20 LINCOLN ST NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 751327345 | 📄 | --R | 05/20/2019 05:12PM | 322 | EXPIRED/NO PLATE | No | 9 LINCOLN ST NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 751591444 | 📄 | --R | 05/17/2019 03:23PM | 322 | EXPIRED/NO PLATE | No | LINCOLN ST/DORCHESTER AVE NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 751137284 | 📄 | --R | 05/13/2019 09:25AM | 76 | STREET CLEANING | No | OPP 9 LINCOLN ST NISS | $40.00 | $0.00 | $0.00 |
| ☐ | 750760544 | 📄 | --R | 04/30/2019 06:04PM | 322 | EXPIRED/NO PLATE | No | PARK ST/DORCHESTER AVE NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 750517110 | 📄 | --R | 04/25/2019 06:10PM | 322 | EXPIRED/NO PLATE | No | 10 LINCOLN ST NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 750515463 | 📄 | --R | 04/23/2019 04:17PM | 322 | EXPIRED/NO PLATE | No | LINCOLN ST/DORCHESTER AVE NISS | $40.00 | $0.00 | $0.00 |
| ☐ | 749363694 | 📄 | --R | 04/08/2019 09:59AM | 76 | STREET CLEANING | No | NR 10 LINCOLN ST NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 749511770 | 📄 | --R | 04/01/2019 07:48AM | 322 | EXPIRED/NO PLATE | No | 1471 DORCHESTER ST NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 749368896 | 📄 | --R | 03/26/2019 02:43PM | 322 | EXPIRED/NO PLATE | No | 10 LINCOLN ST NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 748418985 | 📄 | --R | 02/25/2019 07:39AM | 322 | EXPIRED/NO PLATE | No | 1471 DORCHESTER AVE NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 748232940 | 📄 | --R | 02/19/2019 09:10AM | 322 | EXPIRED/NO PLATE | No | 10 LINCOLN ST NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 747890006 | 📄 | --R | 02/08/2019 12:31PM | 322 | EXPIRED/NO PLATE | No | 1471 DORCHESTER AVE NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 748104442 | 📄 | --R | 02/07/2019 02:18PM | 339 | OVER POSTED LIMIT | No | 1471 DORCHESTER AVE NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 748104081 | 📄 | --R | 02/07/2019 02:19PM | 322 | EXPIRED/NO PLATE | No | 1471 DORCHESTER AVE NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 747777063 | 📄 | --R | 02/05/2019 11:47PM | 322 | EXPIRED/NO PLATE | No | 1471 DORCHESTER AVE NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 747305554 | 📄 | --R | 02/04/2019 12:57AM | 322 | EXPIRED/NO PLATE | No | 1493 DORCHESTER AVE NISS | $40.00 | $13.00 | $0.00 |

| | 746285971 |  --R | 12/10/2018 01:35PM | 339 OVER POSTED LIMIT | No | 1471 DORCHESTER AVE NISS | $40.00 | $13.00 | $0.00 |
| | 744252751 |  --R | 10/15/2018 09:58AM | 76 STREET CLEANING | No | LINCOLN ST/DORCHESTER AVE NISS | $40.00 | $13.00 | $0.00 |

**Date & Time:** 01/31/2020 11:23AM

Case 1:21-cv-00350-ABJ   Document 1   Filed 02/08/21   Page 15 of 19

**CITY OF BOSTON**
PO BOX 55801
BOSTON MA 02205-5801

Ticket Information 617-635-4410

# SEIZURE WARNING NOTICE

| | |
|---|---|
| **Notice Date:** | 06/02/20 |
| **Notice Number:** | 06201540000101001 |
| **Vehicle Registration:** | MA 2RW771 |

#BWNLGPR
#0003060154001011#     000000057 01 SP     0.500

||ı|ıı₁ı|||ıₗ|₁|₁|ₗ|ₗ₁ₗ|₁₁|||ıₗ|||₁₁ₗₚₗ|ₗ|ₗ|ₗₗₗₗ||ₗ||₁||

0000057-0000057 SPRES 001 1----- 892400    03N006 SPRES
AZUBUKO    CHUKWUMA  E
133 CLARENDON STREET
133 CLARENDON STREET
BOSTON MA 02117

In accordance with M.G.L [Chapter 190, Acts of 1982 §13B], the above listed vehicle will be ordered to be seized by the City of Boston for failure to pay the listed violations. This vehicle will be booted and/or towed unless payment is received immediately. Upon the seizure of the vehicle, an additional fee will become due. If the vehicle is towed, a fee for storage will also be assessed. To avoid such action, pay immediately. Failure to pay violations may also result in the non-renewal of your driver's license and motor vehicle registration [Chapter 233, Acts of 1983 §87]. This may not represent a complete listing of your parking violations.

**THIS IS AN OFFICIAL NOTICE THAT IS BEING SENT IN ACCORDANCE WITH STATE LAW.**

<u>PAYMENT PROCEDURES</u>

1. Make check or money order payable to City of Boston and mail in the return envelope provided.
2. Write your ticket number(s) on your check or money order to insure proper credit.
3. Do NOT send cash. Enclose BOTTOM portion of this notice with your check or money order.
4. To make payment by telephone with Mastercard, Visa, Discover, or American Express, dial (617) 635-3888.
5. Internet payment can be made with the above mentioned credit cards at www.boston.gov/parking/ and click on How to Pay a Parking Ticket.

| TICKET NUMBER | ISSUE DATE | LOCATION | TIME OF VIOLATION | FINE | PENALTY | PAYMENT RECEIVED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 755760294 | 09/11/19 | OPP1490 DORCHESTER AVE | 02:01PM | $40.00 | $13.00 | $0.00 | $53.00 |
| 761134555 | 01/29/20 | 1495 DORCHESTER AVE | 01:06PM | $40.00 | $13.00 | $0.00 | $53.00 |
| 761135093 | 01/30/20 | 1495 DORCHESTER AVE | 11:59AM | $40.00 | $13.00 | $0.00 | $53.00 |
| 761436535 | 02/10/20 | 1485 DORCHESTER AVE | 01:35PM | $40.00 | $13.00 | $0.00 | $53.00 |
| 762098396 | 02/28/20 | 1487 DORCHESTER AVE | 12:43PM | $40.00 | $13.00 | $0.00 | $53.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | $265.00 |

03N006

---- KEEP FOR YOUR RECORDS ----

If paying by mail please return this portion along with your payment in the envelope provided and retain the top portion for your records.

03N006 2019/11/25
BOSTON

**SEIZURE WARNING NOTICE**

| TICKET NUMBER | AMOUNT DUE |
|---|---|
| 755760294 | $53.00 |
| 761134555 | $53.00 |
| 761135093 | $53.00 |
| 761436535 | $53.00 |
| 762098396 | $53.00 |

| NOTICE NUMBER | VEHICLE REGISTRATION | NOTICE DATE | PAY THIS AMOUNT | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 06201540000101001 | MA 2RW771 | 06/02/20 | $265.00 | |

Make Check/Money Order Payable to: **CITY OF BOSTON**
*** Please write the TICKET number on your check or money order***
DO NOT MAIL CASH

City of Boston
P.O. Box 55801
Boston, MA 02205-5801



0601540010103000265

# APPENDIX: 3

# APPENDIX: 4



Case 1:21-cv-00350-ABJ   Document 1   Filed 02/08/21   Page 19 of 19

eTIMS® BOSTON, MA :: General Processing

Home | Help | Log Out | eTIMS Subsystems ▽ | GO

TICKET MANAGEMENT   CUSTOMER DETAIL   FEE HISTORY   SEARCH

TICKET MANAGEMENT

Add a Ticket | Show Related Entities

**Quick Process**

- ● All:
- ○ Open Tickets: ($0.00)
- ○ Boot Eligible Tickets: ($0.00)
- ○ Marked/Held Tickets: 3 ($0.00)
- ○ Fee: ($0.00)

Choose Process ▽   QUICK PROCESS

**Customer**

Azubuko Chukwuma E
133 Clarendon Street
133 Clarendon Street
Boston, MA 02117-4174

**Address Source:** Registry

Ticket Type: Park — Notes ⬛
Plate: MA2RW771 02/06/2015
VIN: 3N1AB61E78L727701

Paid 6/5/20

**Financial Summary**

Ticket Amount: $0.00
Fee Amount: $0.00

**Total Due:**
Unapplied Amt:

**Customer Status**

Archive

$done
$help
Log Off

Print

SUMMARY · PENALTY · PAYMENTS · NOTICES · HEARINGS · SUSPENDS · CORRESPONDENCE

More Views

| ☐ All | Ticket# | | Status/ Date | Issued on | Violation Code/ Description | Other/ Violation | Location/ Make | Fine Amt. | Penalties | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 762098396 | | | 02/28/2020 12:43PM | 339 OVER POSTED LIMIT | No | 1487 DORCHESTER AVE NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 761436535 | 📑 | --R | 02/10/2020 01:35PM | 339 OVER POSTED LIMIT | No | 1485 DORCHESTER AVE NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 761135093 | 📑 | --R | 01/30/2020 11:59AM | 339 OVER POSTED LIMIT | No | 1495 DORCHESTER AVE NISS | $40.00 | $33.00 | $0.00 |
| ☐ | 761134555 | 📑 | --R | 01/29/2020 01:06PM | 339 OVER POSTED LIMIT | No | 1495 DORCHESTER AVE NISS | $40.00 | $33.00 | $0.00 |
| ☐ | 761007656 | 📑 | --D | 01/28/2020 12:18PM | 339 OVER POSTED LIMIT | No | 1485 DORCHESTER AVE NISS | $40.00 | $13.00 | $0.00 |
| ☐ | 760326781 | 📑 | --D | 01/14/2020 02:10AM | 340 OVR NIGHT ST CLEANIN | No | 1469 DORCHESTER AVE NISS | $90.00 | $30.00 | $0.00 |
| ☐ | 755760294 | 📑 | --R | 09/11/2019 02:01PM | 339 OVER POSTED LIMIT | No | OPP1490 DORCHESTER AVE NISS | $40.00 | $33.00 | $0.00 |
| ☐ | 754711005 | 📑 | --D | 08/20/2019 12:39AM | 340 OVR NIGHT ST CLEANIN | No | 1495 DORCHESTER AVE NISS | $90.00 | $30.00 | $0.00 |
| ☐ | 752920162 | 📑 | --R | 06/25/2019 02:52PM | 322 EXPIRED/NO PLATE | No | 11 LINCOLN ST NISS | $40.00 | $0.00 | $0.00 |
| ☐ | 752920151 | 📑 | --R | 06/25/2019 02:51PM | 323 EXPIRED INSPECTION | No | 11 LINCOLN ST NISS | $40.00 | $0.00 | $0.00 |
| ☐ | 752646462 | 📑 | --R | 06/20/2019 | 323 | No | 1471 DORCHESTER AVE | $40.00 | $0.00 | $0.00 |

Choose Process ▽   PROCESS SELECTED ITEMS   Filter Tickets By ▽   PRINT LIST

CAPTURE